(No. 1751—▬▬▬)

OSCAR PIHL, Claimant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed September 8, 1931.*

WALTER E. LINDGREN, for claimant.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLE-
TON, Assistant Attorney General, for respondent.

Mr. JUSTICE THOMAS delivered the opinion of the court:

Claimant was employed by the State as a laborer in the
Division of Highways and on December 31, 1926, while en-
gaged in his work, received an injury to his foot which
resulted in his being unable to work for about eight months.
On November 27, 1929, while engaged at his work, he was
struck by an automobile resulting in an injury to his head
and bruises on his person. This last injury incapacitated him
for work for about six weeks. He has filed his claim under
the Workmen's Compensation Act for $3,000.00.

The record shows that the State paid all his hospital and
doctors bills and paid him his regular wage of $4.50 per day
during a considerable portion of the time he was unable to
work on account of the first injury and $2.25 a day for a part
of the time. It also shows that he was paid his regular wage
of $4.50 during the time he was incapacitated by the second
injury. The injuries arose out of and in the course of his
employment, and the State became liable to compensate him
in accordance with the provisions of the Workmen's Com-
pensation Act. From the evidence on file we find that he has
received from the State all that he was entitled to receive
and the claim is therefore denied and the case dismissed.